**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**(Owensboro Division)**

IN re:                                    )
                                          )
KATHY ELLEN RICHARDS                      )          Chapter 7
                                          )          Case No. 21-40438-crm
Debtor                                    )

<u>APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL</u>

Appellant Kathy Ellen Richards, by counsel, pursuant to Federal Rule of Bankruptcy Procedure 8009, hereby designates the following items to be included in the record on appeal for the appeal initiated by the Notice of Appeal filed on January 17, 2022 [DE 44]:

| FILING DATE | ECF Doc. No. | DOCKET TEXT |
|---|---|---|
| January 17, 2022 | 37 | Notice of Appeal to Bankruptcy Appellate Panel. Fee Amount $298 (related document(s)33 Memorandum and Order SUSTAINING the objection of the Chapter 7 Trustee, finding that Debtor cannot claim a homestead exemption in the $23,268.78 realized following the prepetition sale of the house and lot. (related document(s)13 Objection to Exemption of Homestead filed by Trustee Mark R. Little). Entered on 1/10/2022). Filed by Debtor Kathy Ellen Richards Appellant Designation to be filed in the Bankruptcy Court on or before 01/31/2022. (Attachments: # 1 Exhibit memorandum opinion and order from Bankruptcy court)(Wilkey, Russ) (Entered: 01/17/2022) |
| January 10, 2022 | 33 | Memorandum and Order SUSTAINING the objection of the Chapter 7 Trustee, finding that Debtor cannot claim a homestead exemption in the $23,268.78 realized following the prepetition sale of the house and lot. (related document(s).l3 Objection to Exemption of Homestead filed by Trustee Mark R. Little). Entered on 111012022 (Hill, L) (Entered: 01/1012022 |
| December 15.2021 | | Matter Submitted Re: (related document(s)13 Objection to Exemption of Homestead filed by Trustee Mark R. Little). Matter Under Advisement. (Hill, L) (Entered: 1211512021) |

| December 10,2021 | 27 | Supplemental Objection to Exemption . Filed by Trustee Mark R. Little. (Little, Mark) (Entered: 12/10/2021) |
|---|---|---|
| November 30, 2021 | 26 | Supplemental Response to Objection to Exemption of Homestead (Memorandum of Law)filed by Trustee Mark R. Little.13 Filed by Debtor Kathy Ellen Richards (Wilkey, Russ) Modified on 12/1/2021 (Hill, L). (Entered: 11/30/2021) |
| November 17, 2021 | 25 | Order from 11-10-21 hearing re: #13, Objection to Exemption. Counsel for debtor shall have until 11-30-21 to File a Memorandum of Law. Thereafter, the trustee shall have until 12-14-21 to file a response at which time this matter shall stand submitted. (related document(s).13 Objection to Exemption of Homestead filed by Trustee Mark R. Little). Document due by 12/14/2021. Entered on 11/17/2021 (Smithson, M) (Entered: 11/17/2021) |
| October 28,2021 | 20 | Response to Objection to Exemption of Homestead filed by Trustee Mark R. Little.13. Filed by Debtor Kathy Ellen Richards (Attachments:# l Proposed Order) (Wilkey, Russ) (Entered: 10/28/2021) |
| October 19,2021 | 13 | Objection to Exemption of Homestead. Filed by Trustee Mark R. Little. (Attachments: # l Proposed Order) (Little, Mark) (Entered: 10/19/2021) |
| August 26,2021 | 1 | Chapter 7 Voluntary Petition. Fee Amount $338. Filed by Kathy Ellen Richards. (Wilkey, Russ) (Entered: 08/26/2021) |

Respectfully Subnmitted,
/s/ Russ Wilkey
WILKEY & WILSON, P.S.C.
111 West Second Street
Owensboro, Kentucky 42303
(270) 685-6000
(270 683-2229 fax
Rwilkey@wilkeylaw.com
*Counsel for Debtor/Appellant*


## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2022, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic

addresses as set forth in the ECF system, to the U.S. Trustee, and all other persons receiving electronic notifications in this case, as required by FRBkP 8009 including:

/s/ Russ Wilkey